1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   COURTNEY J. LINN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2738
5
   Attorneys for Plaintiff
6  United States of America

**FILED**

      3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN RE:                      )    No. Mag. SW-05-0049 PAN
                                )
12      SEARCH WARRANT          )    APPLICATION TO UNSEAL SEARCH
                                )    WARRANT; [PROPOSED] ORDER
13  _____)

14

15                        APPLICATION

16      On February 22, 2005, this Court issued a search warrant for

17  the captioned matter, and sealed the application and affidavit

18  for search warrant as well as the search warrant.  Presently, the

19  warrant has been executed and there is no longer cause for these

20  documents to remain sealed.  Accordingly, the Government

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1 | respectfully requests that the application and search warrant for

2 | this matter be unsealed.

3 | DATED: June 1, 2005

4 | Respectfully submitted,

5 | McGREGOR W. SCOTT
United States Attorney

7 | By: _____

8 | S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

10 | ORDER

11 | Upon application of the Government, and good cause appearing

12 | therefore, IT IS HEREBY ORDERED that the following documents for

13 | the captioned matter be UNSEALED: (1) the application and

14 | affidavit for search warrant; and (2) the search warrant.

15 | Date: June 3, 2005

18 | HONORABLE PETER A. NOWINSKI
United States Magistrate Judge

28 | 2